HMK/jb FS 77938

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                    Plaintiff,                    07 CIV 8605 (LBS)(GWG)
                                                  ECF CASE
        -against-

M/V OMER KAPTANOGLU, her engines,                 **RULE 7.1 STATEMENT**
boilers, tackle, etc., ILERI DENIZCILIK VE
TICARET AS, HACI ISMAIL KAPTANOGLU
SHIPMANAGEMENT & TRADING, LTD.,
WESTERN BULK CARRIERS AS, WESTERN
BULK CARRIERS, KS

                    Defendants.
-------------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: October 1, 2007


                              KINGSLEY, KINGSLEY & CALKINS
                              Attorneys for Plaintiff


                              BY:____/S/_____
                                HAROLD M. KINGSLEY
                                91 W. Cherry Street
                                Hicksville, New York 11801
                                (516) 931-0064