

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

                Plaintiff,

-V-

M/V OMER KAPTANOGLU, her engines, boilers, tackle, etc,
ILERI DENIZCILIK VE TICARET AS, HACI ISMAIL
KAPTANOGLU SHIPMANAGEMENT & TRADING, LTD.,
WESTERN BULK CARRIERS AS, WESTERN BULK CARRIERS,
KS

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 8605 (LBS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of October, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 559 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 9, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



C., V. M/V OMER KAPTANOGLU, *et al.*

...s and Complaint on the following
...to Federal Rules of Civil Procedure Rule

VE TICARET AS
KAPTANGOLU
& TRADING LTD.
izciler Is Merkezi
)kay Caddesi 22
anbul, Turkey

Very truly yours,

HMK/jb
Encl.