UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>          Plaintiff,<br><br>          -V-<br><br>M/V OMER KAPTANOGLU, her engines, boilers, tackle, etc., ILERI DENIZCILIK VE TICARET AS HACI ISMAIL KAPTANOGLU SHIPMANAGEMENT & TRADING, LTD., WESTERN BULK CARRIERS AS, WESTERN BULK CARRIERS, KS<br><br>          Defendants. | **CERTIFICATE OF MAILING**<br><br><br>07 CV 8605 (LBS) |

*[FILED stamp: OCT 15 2007, U.S. DISTRICT COURT, S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 15TH day of October, 2007

I served the

### SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 4th day of October, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 514 US**

*[Signature: J. Michael McMahon]*

CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 9, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  MAN FERROSTAAL, INC., V. M/V OMER KAPTANOGLU, *et al.*
             07 CIV 8605 (LBS)
             Our Ref: FS 7938

Sir:



ns and Complaint on the following
to Federal Rules of Civil Procedure Rule

TANGOLU
T & TRADING LTD.
ızciler Is Merkezi
okay Caddesi 22
tanbul, Turkey

Very truly yours,