```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MAN FERROSTAAL, INC.,

                         Plaintiffs,        07 CV 8605 (LBS)

         - against -
                                            RULE 7.1 STATEMENT
M/V OMER KAPTANOGLU, her engines,
boilers, tackle, etc., ILERI
DENIZCILIK VE TICARET AS, HACI
ISMAIL KAPTANOGLU SHIPMANAGEMENT
& TRADING, LTD. WESTERN BULK
CARRIERS AS, WESTERN BULK
CARRIERS, KS,

                         Defendants.
----------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants, WESTERN BULK CARRIERS AS and WESTERN BULK CARRIERS KS, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of WESTERN BULK CARRIERS AS and WESTERN BULK CARRIERS KS.

Dated: New York, N.Y.
       November 2, 2007

                                    _____
                                    EDWARD A. KEANE (EK 1398)