UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Man Ferrostaal, Inc

v.                                                                                        07 CIV. 8605 (LBS)

M/V Omer Kaptanogly
her engine etc.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

APPEARANCES:

Plaintiff by:                                                    Defendant by:

Kingsley, Kingsley +                              Mahoney + Keane, LLP
Calkins                                                       by Garth Wolfson, Esq.
91 West Cherry St.                                  111 Broadway
Hicksville, NY 11801                              NY, NY 10006
by Kevin Murtagh

SAND, J.

    Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by 6/26/08.

4. A pretrial order shall be submitted by 7/21/08. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on August 5, 2008 at 9:30. This conference is to be attended by counsel who will actually try the case.

    If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

    SO ORDERED.

DATED:   New York, New York
             2/26/08

_____
U.S.D.J.