```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MAN FERROSTAAL, INC.,

                          Plaintiffs,      07 CV 8605 (LBS)

        - against -
                                           RULE 7.1 STATEMENT
M/V OMER KAPTANOGLU, her engines,
boilers, tackle, etc., ILERI
DENIZCILIK VE TICARET AS, HACI
ISMAIL KAPTANOGLU SHIPMANAGEMENT
& TRADING, LTD., WESTERN BULK
CARRIERS AS, WESTERN BULK
CARRIERS, KS,

                          Defendants.
----------------------------------------X
```

Garth S. Wolfson, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants ILERI DENIZCILIK VE TICARET AS, HACI ISMAIL KAPTANOGLU SHIPMANAGEMENT & TRADING, LTD. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ILERI DENIZCILIK VE TICARET AS, HACI ISMAIL KAPTANOGLU SHIPMANAGEMENT & TRADING, LTD.

Dated:   New York, New York
         May 22, 2008

_____
Garth S. Wolfson (GW 7700)