Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy•◦
Garth S. Wolfson·

Jorge A. Rodriguez·+

Of Counsel
Stephen J. Murray+

·Also admitted in N
+Also admitted in C
◦ Also admitted in P

# MAHONEY & KEANE, LLP
*Attorneys at Law*
*11 Hanover Square 10th Floor*
*76 Beaver Street*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

**Connecticut Office**

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252

**MEMO ENDORSED**

RECEIVED
JUL 1 7 2008
CHAMBERS OF
LEONARD B. SAND

July 16, 2008

BY HAND

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08

The Honorable Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **USDC/SDNY 07 CV 8605 (LBS)**
MAN FERROSTAAL, INC., M/V OMER KAPTANOGLU, her engines, boilers, tackle, etc., ILERI DENIZCILIK VE TICARET AS, HACI ISMAIL KAPTANOGLU SHIPMANAGEMENT & TRADING, LTD. WESTERN BULK CARRIERS AS, WESTERN BULK CARRIERS, KS,
**Our 19/3488/B/07/10**

Honorable Sir:

We write as counsel for defendants, with concurrence of plaintiff's counsel, to request an adjournment of present scheduled for submission of a Pretrial Order and conference before the Court.

Presently the matter is due to have the Pretrial Order submitted on Monday, July 21, 2008 with a conference on Tuesday, August 5, 2008 at 9:30 a.m.

Due to scheduling and vacation plans the undersigned respectfully requests that the submission of the

**MEMO ENDORSED**

Granted
B Sand USDJ
7/22/08

**MAHONEY and KEANE**

Pretrial Order be adjourned to August 11, 2008 with a Pretrial conference to follow on August 18, 2008. We note the additional time may also assist in seeing the matter resolved amicably between the parties.

   We thank the Court for its consideration.

                                      Respectfully submitted,

                                      MAHONEY & KEANE, LLP

                                      By: _____
                                          Edward A. Keane

EAK/mtc

cc:  VIA FAX  (516) 931-4313

     KINGSLEY, KINGSLEY & CALKINS
     91 W. Cherry Street
     Hicksville, New York 11801

     Attention:  Stephen P. Calkins, Esq.



MEMO ENDORSED